**FILED**
CLERK, U.S. DISTRICT COURT

SEPT 21, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____vdr_____ DEPUTY

1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   520 East Wilson Ave., Suite 200
4  Glendale, California 91206
   Telephone:  (818) 500-3200
5  Facsimile:   (818) 500-3201

JS-6

6  Attorneys for Plaintiffs Disney
   Enterprises, Inc., Lucasfilm Ltd. LLC,
7  Lucasfilm Entertainment Company Ltd. LLC,
   The Muppets Studio, LLC and Sanrio, Inc.
8
9  Sunny Welker a/k/a Sunny Leigh Welker,
   an individual and d/b/a Vinylies
10 17 Louvet Lane, Unit A
   Palm Coast, Florida 32137

11 Defendant, *in pro se*

12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15 Disney Enterprises, Inc., Lucasfilm Ltd. )  Case No. CV15-2439 FMO (PLAx)
   LLC, Lucasfilm Entertainment Company )
16 Ltd. LLC, The Muppets Studio, LLC, and )  [PROPOSED] CONSENT DECREE
   Sanrio, Inc.,                          )  AND PERMANENT INJUNCTION
17                                        )
                  Plaintiffs,             )
18         v.                             )
                                          )
19 Sunny Welker a/k/a Sunny Leigh Welker, )
   an individual and d/b/a Vinylies, and  )
20 Does 1 through 10, inclusive,          )
                                          )
21                Defendants.             )
                                          )
22 _____ )

23       The Court, having read and considered the Joint Stipulation for Entry of

24 Consent Decree that has been executed on behalf of Plaintiffs Disney Enterprises,

25 Inc., Lucasfilm Ltd. LLC, Lucasfilm Entertainment Company Ltd. LLC, The Muppets

26 Studio, LLC, and Sanrio, Inc. (collectively "Plaintiffs") on the one hand, and

27 Defendant Sunny Welker a/k/a Sunny Leigh Welker, an individual and d/b/a Vinylies

28 ("Defendant"), on the other hand, and good cause appearing therefore, hereby:

ORDERS that this Consent Decree shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 et seq., 15 U.S.C. § 1051 et seq., 28 U.S.C. §§ 1331 and 1338, and 28 U.S.C. § 1367. Service of process was properly made against Defendant.

2) Plaintiffs are the owners or exclusive licensees of all rights in and to the copyright and trademark registrations listed in Exhibits "A" through "H," attached hereto and incorporated herein by this reference ("Plaintiffs' Properties").

3) Plaintiffs have expended considerable resources in the creation and commercial exploitation of Plaintiffs' Properties on merchandise and in the enforcement of their intellectual property rights in Plaintiffs' Properties.

4) Plaintiffs have alleged that Defendant has made unauthorized uses of Plaintiffs' Properties or substantially similar likenesses or colorable imitations thereof.

5) Defendant and her agents, servants, employees and all persons in active concert and participation with her who receive actual notice of the injunction are hereby restrained and enjoined from:

a) Infringing Plaintiffs' copyrights and trademarks in Plaintiffs' Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, or offering for sale, any unauthorized product which features any of Plaintiffs' Properties ("Unauthorized Products"), and, specifically:

i) Importing, manufacturing, distributing, advertising, selling, or offering for sale, the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

ii) Importing, manufacturing, distributing, advertising, selling, or offering for sale, in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties;

iii) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold or offered by Defendant, or Defendant herself is connected with Plaintiffs, is sponsored, approved or licensed by Plaintiffs, or is affiliated with Plaintiffs; or

iv) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs.

6) Each side shall bear its own fees and costs of suit.

7) This Consent Decree shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree.

10) The above-captioned action, shall, upon filing by Plaintiffs of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to

1    Stipulation, and requesting entry of judgment against Defendant, be reopened

2    should Defendant default under the terms of the Settlement Agreement or this

3    Consent Decree.

4    11)    This Court shall retain jurisdiction over Defendant for the purpose of making

5    further orders necessary or proper for the construction or modification of this

6    consent decree and judgment; the enforcement hereof; the punishment of any

7    violations hereof; and for the possible entry of a further Judgment Pursuant to

8    Stipulation in this action.

9

10   Dated:   September 21, 2015

11                                                        /s/
                                              Hon. Fernando M. Olguin
                                              United States District Judge
12

13   Presented By:

14   J. Andrew Coombs, A Professional Corp.

15   By:  /s/ Annie S. Wang
             J. Andrew Coombs
16           Annie S. Wang
         Attorneys for Plaintiffs Disney
17   Enterprises, Inc., Lucasfilm Ltd. LLC,
     Lucasfilm Entertainment Company Ltd. LLC,
18   The Muppets Studio, LLC, and Sanrio, Inc.

19
     Sunny Welker a/k/a Sunny Leigh Welker,
20   an individual and d/b/a Vinylies

21
     By:  _Sunny Welker_
22
             Sunny Welker
23   Defendant, *in pro se*

24

25

26

27

28

     Disney Enterprises, Inc., et al. v. Welker: Proposed Consent
     Decree
                                              - 4 -

## EXHIBIT A

## DEI'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 58 937 | Mickey - 1 (Mickey Mouse) | Model Sheet |
| VA 58 938 | Minnie - 1 (Minnie Mouse) | Model Sheet |
| Gp 80 184 | Donald Duck | Publications Model Sheet |
| VA 58 933 | Daisy - 1 (Daisy Duck) | Model Sheet |
| VA 58 936 | Goofy -1 (Goofy) | Model Sheet |
| RE 826 536 | Pluto | Publications Model Sheet |
| VAu 64 814 | Baby Mickey | Model Sheet |
| VAu 64 814 | Baby Minnie | Model Sheet |
| VAu 73 216 | Baby Donald Duck | Model Sheet |
| VAu 73 217 | Baby Daisy Duck | Model Sheet |
| VAu 83 225 | Baby Goofy | Model Sheet |
| VAu 73 219 | Baby Pluto | Model Sheet |
| R 48 971 | Disney's Uncle Scrooge in Only a Poor Old Man | Comic Strip |
| RE 424 728 | Walt Disney's Ludwig von Drake | Comic Strip |
| Gp 105 126 | Horace Horsecollar | Model Sheet |
| R 567 615 | Chip | Model Sheet |
| R 567 614 | Dale | Model Sheet |
| VA 184 345 | Huey, Dewey & Louie -1 | Model Sheet |
| Gp 105 128 | Clarabelle Cow | Model Sheet |
| RE 636 587 | **Winnie the Pooh and the Honey Tree** | Motion Picture |
| RE 718 378 | **Winnie the Pooh and the Blustery Day** | Motion Picture |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) | Model Sheet |
| Gp 81 528 | Rabbit | Publications Model Sheet |
| Gp 81 528 | Owl | Publications Model Sheet |
| Gp 85 651 | Kanga and Roo | Publications Model Sheet |
| Gp 81 528 | Eeyore | Publications Model Sheet |
| Gp 81 528 | Piglet | Publications Model Sheet |
| Gp 81 528 | Gopher | Publications Model Sheet |
| Gp 81 527 | Tigger | Publications Model Sheet |
| R 354 235 | **Snow White and the Seven Dwarfs** | Motion Picture |
| R 346 870 | Bashful | Drawings |
| R 346 869 | Doc | Drawings |
| R 346 875 | Dopey | Drawings |
| R 346 876 | Grumpy | Drawings |

| | | |
|---|---|---|
| R 346 871 | Happy | Drawings |
| R 346 874 | Sleepy | Drawings |
| R 346 873 | Sneezy | Drawings |
| R 346 872 | Snow White | Drawings |
| R 346 868 | Snow White "Witch" | Drawings |
| R 406 910 | **Pinocchio** | Motion Picture |
| Gp 80 186 | Pinocchio | Publications Model Sheet |
| RE 826 532 | Jiminy Cricket | Publications Model Sheet |
| R 427 860 | **Fantasia** | Motion Picture |
| R 433 627 | **The Reluctant Dragon** | Motion Picture |
| R 442 538 | **Dumbo** | Motion Picture |
| R 428 428 | Dumbo Suggestions for Dumbo | Drawing |
| R 428 420 | Mother Elephant Suggestions for "Dumbo" | Drawing |
| R 428 430 | Dumbo Ringmaster Suggestions 1348 | Drawing |
| R 428 427 | Dumbo - Stork Suggestions | Drawing |
| R 428 426 | Timothy Mouse Suggestions | Drawing |
| R 428 432 | Dumbo "Miscellaneous Crows" - 2006 | Drawing |
| R 458 260 | **Bambi** | Motion Picture |
| R 433 645 | Bambi - Bambi | Drawing |
| R 433 630 | Bambi - Final Thumper Model - 2002 | Drawing |
| R 433 631 | Bambi - Skunk Model - 2002 | Drawing |
| R 433 636 | Bambi - Owl and Stag Models | Drawing |
| R 433 632 | Faline "Adolescent Age" | Drawing |
| R 433 633 | Bambi's Mother | Drawing |
| R 467 541 | **Saludos Amigos** | Motion Picture |
| R 464 785 | Joe Carioca | Drawing |
| R 516 560 | **The Three Caballeros** | Motion Picture |
| R 550 316 | **Make Mine Music** | Motion Picture |
| R 557 922 | **Song of the South** | Motion Picture |
| R 548 629 | Brer Rabbit | Drawing |
| R 548 626 | Brer Bear | Drawing |
| R 577 489 | **Fun and Fancy Free** | Motion Picture |
| R 605 180 | **Melody Time** | Motion Picture |
| R 636 303 | **The Adventures of Ichabod & Mr. Toad** | Motion Picture |
| R 648 396 | **Cinderella** | Motion Picture |
| R 632 319 | Cinderella | Copyright Booklet |
| R 632 319 | Drizella | Copyright Booklet |
| R 632 319 | Anastasia | Copyright Booklet |
| R 632 319 | Stepmother | Copyright Booklet |
| R 632 319 | Fairy Godmother | Copyright Booklet |
| R 632 319 | Prince | Copyright Booklet |
| R 632 319 | Bruno, the Dog | Copyright Booklet |
| R 632 319 | Lucifer, the Cat | Copyright Booklet |
| R 632 319 | Jaq and Gus | Copyright Booklet |
| RE 27 746 | **Alice in Wonderland** | Motion Picture |
| VA 58 920 | Alice - 1 (Alice) | Model Sheet |
| VA 58 919 | Alice - 2 (The White Rabbit) | Model Sheet |

| VA 58 921 | Alice – 3 (Queen of Hearts) | Model Sheet |
|---|---|---|
| VA 58 922 | Alice - 4 (Cheshire Cat) | Model Sheet |
| VA 58 923 | Alice - 5 (Caterpillar) | Model Sheet |
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) | Model Sheet |
| VA 58 922 | March Hare | Model Sheet |
| VA 58 922 | Mad Hatter | Model Sheet |
| RE 64 027 | **Peter Pan** | Motion Picture |
| RE 66 285 | Peter Pan | Coloring Book |
| RE 66 285 | Tinkerbell | Coloring Book |
| RE 66 285 | Captain Hook | Coloring Book |
| RE 66 285 | Mr. Smee | Coloring Book |
| RE 66 285 | Nana | Coloring Book |
| RE 162 852 | **Lady and the Tramp** | Motion Picture |
| RE 101 764 | Lady | Previews of Pictures |
| RE 101 764 | Tramp | Previews of Pictures |
| RE 296 296 | **Sleeping Beauty** | Motion Picture |
| RE 246 671 | Princess Aurora | Book |
| RE 246 671 | Prince Phillip | Book |
| RE 246 671 | Maleficent/Dragon | Book |
| RE 370 901 | **One Hundred and One Dalmatians** | Motion Picture |
| RE 546 478 | **The Sword in the Stone** | Motion Picture |
| RE 557 357 | Archimedes | Copyright Booklet |
| RE 557 357 | Merlin | Copyright Booklet |
| RE 557 357 | Wart/Arthur | Copyright Booklet |
| RE 557 357 | Madame Mim | Copyright Booklet |
| RE 571 201 | **Mary Poppins** | Motion Picture |
| RE 705 510 | **The Jungle Book** | Motion Picture |
| RE 679 798 | Mowgli | Drawing |
| RE 679 799 | Baloo | Drawing |
| RE 679 795 | Bagheera | Drawing |
| RE 679 805 | King Louie | Drawing |
| RE 679 797 | Kaa | Drawing |
| RE 679 807 | Shere Khan | Drawing |
| Lp 38 283 | **The Aristocats** | Motion Picture |
| Gu 44 754 | O'Malley | Drawing |
| Gu 44 750 | Duchess | Drawing |
| Gu 44 748 | Edgar | Drawing |
| Gu 44 745 | Roquefort | Drawing |
| VA 1-099-033 | Marie Valentine Spring 2002 | Style Guide |
| Lp 39 817 | **Bedknobs and Broomsticks** | Motion Picture |
| Gu 46 904 | Crocky | Drawing |
| Gu 46 908 | Sailor Bear | Drawing |
| Gu 46 906 | Codfish | Drawing |
| Gu 46 917 | Secretary Bird | Drawing |
| LP 42 905 | **Robin Hood** | Motion Picture |
| Gu 46 582 | Robin Hood | Drawing |
| Gu 46 583 | Little John | Drawing |
| Gu 46 584 | Sir Hiss | Drawing |

| Gu 47 230 | Sheriff of Nottingham | Drawing |
|---|---|---|
| Gu 47 762 | Friar Tuck | Drawing |
| Gu 46 585 | Prince John | Drawing |
| Gu 50 764 | Maid Marion | Drawing |
| Gu 50 763 | Lady Cluck | Drawing |
| Lp 49 678 | **The Rescuers** | Motion Picture |
| Gp 96 289 | Miss Bianca | Drawing |
| Gp 96 286 | Orville | Drawing |
| Gp 96 288 | Madame Medusa | Drawing |
| Gp 96 287 | Bernard | Drawing |
| Gp 103 814 | Penny | Drawing |
| Gu 57 278 | Rufus | Drawing |
| Gu 56 625 | Evinrude | Drawing |
| PA 1 371 | **Pete's Dragon** | Motion Picture |
| Gp 111 695 | Elliott the Dragon | Drawing |
| PA 125 861 | **The Fox and the Hound** | Motion Picture |
| VAu 10 933 | Todd (Young) | Drawing |
| VAu 10 930 | Copper (Pup) | Drawing |
| VAu 10 936 | Vixey | Drawing |
| VAu 10 928 | Big Mama | Drawing |
| VAu 12 417 | Dinky | Drawing |
| VAu 12 418 | Boomer | Drawing |
| VAu 12 415 | Squeeks | Drawing |
| PA 252 525 | **The Black Cauldron** | Motion Picture |
| VAu 24 517 | Eilonwy | Drawing |
| VAu 29 561 | Fflewddur | Drawing |
| VAu 24 518 | Gurgi | Drawing |
| VAu 24 070 | Hen Wen | Drawing |
| VAu 24 592 | The Horned King | Drawing |
| VAu 24 519 | Taran | Drawing |
| VAu 47 075 | Orddu | Drawing |
| VAu 47 073 | Orgoch | Drawing |
| VAu 47 074 | Orwen | Drawing |
| PA 290 808 | **The Great Mouse Detective** | Motion Picture |
| VAu 76 103 | Basil 185-126 | Model Sheet |
| VAu 76 102 | Dr. Dawson 1284-80 | Model Sheet |
| VAu 81 570 | Olivia | Model Sheet |
| VAu 76 100 | Ratigan 285-166 | Model Sheet |
| VAu 81 572 | Fidget | Model Sheet |
| VAu 81 571 | Flaversham | Model Sheet |
| VAu 86 112 | Felicia - Clean Up Model 0238 | Model Sheet |
| VAu 76 104 | Toby 285-170 | Model Sheet |
| VAu 85 019 | Mrs. Judson | Model Sheet |
| VAu 85 021 | Queen Victoria | Model Sheet |
| VAu 85 022 | Bartholomew | Model Sheet |
| PA 385 556 | **Oliver and Company** | Motion Picture |
| VAu 104 921 | Dodger Construction Sheets | Model Sheet |
| VAu 104 920 | Einstein Construction Sheets | Model Sheet |
| VAu 104 919 | Frances Construction Sheets | Model Sheet |
| VAu 104 916 | Rita Construction Sheets | Model Sheet |

| VAu 109 377 | Oliver Rough Model | Model Sheet |
|---|---|---|
| VAu 109 379 | Tito - Ruff Model | Model Sheet |
| VAu 119 949 | How to Draw Georgette | Model Sheet |
| PA 431 543 | **The Little Mermaid** | Motion Picture |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) | Drawings |
| VAu 123 351 | Scuttle | Drawings |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) | Drawings |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) | Drawings |
| VAu 123 352 | Prince Eric | Drawings |
| VAu 123 350 | Triton | Drawings |
| VAu 123 353 | Flotsam/Jetsam | Drawings |
| VAu 123 349 | Flounder | Drawings |
| PAu 1 024 341 | **DuckTales** | Motion Picture |
| VAu 101 067 | Launchpad McQuack | Pamphlet of Drawings |
| VAu 101 067 | Webby | Pamphlet of Drawings |
| VAu 101 067 | Doofus | Pamphlet of Drawings |
| VAu 101 067 | Mrs. Beakley | Pamphlet of Drawings |
| VAu 101 067 | Duckworth | Pamphlet of Drawings |
| PA 486 535 | **The Rescuers Down Under** | Motion Picture |
| VAu 161 749 | Cody | Model Sheets |
| VAu 155 884 | Jake (Rough Models) | Model Sheets |
| VAu 155 844 | McLeach (Rough Model) | Model Sheets |
| VAu 170 264 | Marahute (Rough Model) | Model Sheets |
| PA 542 647 | **Beauty and the Beast** | Motion Picture |
| VAu 200 866 | Belle (Beauty and the Beast) | Artwork |
| VAu 210 914 | Disney's Beauty and the Beast | Licensing Kit |
| VAu 194 311 | Maurice (Beauty and the Beast) | Artwork |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) | Artwork |
| VAu 200 868 | Cogsworth (Beauty and the Beast) | Artwork |
| VAu 194 310 | Lumiere (Beauty and the Beast) | Artwork |
| VAu 201 337 | Chip (Beauty and the Beast) | Artwork |
| VAu 194 307 | Gaston (Beauty and the Beast) | Artwork |
| VAu 194 309 | LeFou (Beauty and the Beast) | Artwork |
| VAu 199 856 | Phillipe (Beauty and the Beast) | Artwork |
| VAu 200 869 | Featherduster (Beauty and the Beast) | Artwork |
| PA 583 905 | **Aladdin** | Motion Picture |
| VAu 215 432 | Aladdin - Aladdin | Model Sheet |
| VAu 215 453 | Aladdin - Genie | Model Sheet |
| VAu 215 793 | Aladdin - Abu | Model Sheet |
| VAu 218 349 | Aladdin - Iago | Model Sheet |
| VAu 230 534 | Aladdin - Rasoul | Model Sheet |
| VAu 218 348 | Aladdin - The Sultan | Model Sheet |
| VAu 230 533 | Aladdin - Jafar | Model Sheet |
| VAu 221 841 | Aladdin - Jasmine | Model Sheet |
| VAu 221 842 | Aladdin - Jafar as Beggar | Model Sheet |
| VAu 232 164 | Aladdin - Narrator | Model Sheet |

Disney Enterprises, Inc., et al. v. Welker: Proposed Consent
Decree

| PA 659 979 | **The Lion King** | Motion Picture |
|---|---|---|
| VAu 246 448 | The Lion King - Mufasa | Model Sheet |
| VAu 245 946 | The Lion King - Sarabi | Model Sheet |
| VAu 246 447 | The Lion King - Simba | Model Sheet |
| VAu 246 440 | The Lion King - Young Simba | Model Sheet |
| VAu 246 438 | The Lion King - Nala | Model Sheet |
| VAu 246 664 | The Lion King - Young Nala | Model Sheet |
| VAu 245 947 | The Lion King - Rafiki | Model Sheet |
| VAu 245 945 | The Lion King - Shenzi, Banzai & Ed | Model Sheet |
| VAu 246 437 | The Lion King - Pumbaa | Model Sheet |
| VAu 245 662 | The Lion King - Timon | Model Sheet |
| VAu 246 446 | The Lion King - Scar | Model Sheet |
| VA 611 201 | Zazu | Licensing Kit |
| PA 720 179 | **Pocahontas** | Motion Picture |
| VAu 262 859 | Pocahontas - Pocahontas Standing | Artwork |
| VAu 261 970 | Pocahontas - Powhatan | Artwork |
| VAu 261 967 | Pocahontas - Percy | Artwork |
| VAu 302 884 | Pocahontas - John Smith | Artwork |
| VAu 302 886 | Pocahontas - Meeko the Raccoon | Artwork |
| VAu 302 883 | Pocahontas - Flit the Hummingbird | Artwork |
| VAu 300 559 | Pocahontas - Ratcliffe | Artwork |
| VAu 302 885 | Pocahontas - Grandmother Willow | Artwork |
| PA 765 713 | **Toy Story** | Motion Picture |
| VAu 337 565 | Toy Story - Woody | Artwork |
| VAu 337 566 | Toy Story - Buzz Lightyear | Artwork |
| VAu 337 567 | Toy Story - Hamm | Artwork |
| VAu 337 568 | Toy Story - Rex | Artwork |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep | Artwork |
| VAu 337 186 | Toy Story - Lenny | Artwork |
| VAu 273 627 | Toy Story - Mom | Artwork |
| VAu 348 598 | Toy Story - Andy | Artwork |
| VAu 348 599 | Toy Story - Hannah | Artwork |
| PA 795 221 | **The Hunchback of Notre Dame** | Motion Picture |
| VAu 336 992 | The Hunchback of Notre Dame - Quasimodo | Model Sheet |
| VAu 332 434 | The Hunchback of Notre Dame - Esmeralda | Model Sheet |
| VAu 336 056 | The Hunchback of Notre Dame - Phoebus | Model Sheet |
| VAu 336 057 | The Hunchback of Notre Dame - Djali | Model Sheet |
| VAu 343 663 | The Hunchback of Notre Dame - Gargoyles | Model Sheets |
| VAu 336 058 | The Hunchback of Notre Dame - Clopin | Model Sheet |
| VAu 336 059 | The Hunchback of Notre Dame - Frollo | Model Sheet |
| VAu 336 878 | The Hunchback of Notre Dame - Will Doll/Sam Doll | Model Sheet |
| PA 670 961 | **Hercules** | Motion Picture |
| VAu 369 603 | Hercules - Hercules | Model Sheets |
| VAu 369 600 | Hercules - Baby Hercules | Model Sheets |

| VAu 367 973 | Hercules - Meg | Model Sheets |
| VAu 369 605 | Hercules - Pegasus | Model Sheets |
| VAu 369 598 | Hercules - Baby Pegasus | Model Sheets |
| VAu 367 965 | Hercules - Phil | Model Sheets |
| VAu 367 964 | Hercules - Hades | Model Sheets |
| VAu 367 969 | Hercules - Pain | Model Sheets |
| VAu 375 850 | Hercules - Panic | Model Sheets |
| VAu 377 944 | Hercules - Hydra Head | Model Sheet |
| PA 799 025 | **Mulan** | Motion Picture |
| VA 849 510 | Mulan | Style Guide |
| VAu 379 045 | The Legend of Mulan - Mulan | Model Sheets |
| VAu 379 027 | The Legend of Mulan - Mulan as Ping | Model Sheets |
| VAu 379 021 | The Legend of Mulan - Mushu | Model Sheets |
| VAu 379 024 | The Legend of Mulan - Shang | Model Sheets |
| VAu 378 480 | The Legend of Mulan - Kahn | Model Sheets |
| VAu 381 069 | The Legend of Mulan - Cricket | Model Sheets |
| PA 901 890 | **A Bug's Life*** | Motion Picture |
| VA 875 986 | A Bug's Life* | Style Guide |
| VAu 399 357 | Flik* | Model Sheets |
| VAu 399 356 | Hopper* | Model Sheets |
| VAu 399 351 | Atta* | Model Sheets |
| VAu 399 349 | Dot* | Model Sheets |
| VAu 399 343 | Dim* | Model Sheets |
| VAu 399 352 | Tuck & Roll* | Model Sheets |
| VAu 399 350 | Francis* | Model Sheets |
| VAu 399 348 | Heimlich* | Model Sheets |
| VAu 399 353 | Slim* | Model Sheets |
| VAu 399 342 | Rosie* | Model Sheets |
| VAu 399 346 | P.T. Flea* | Model Sheets |
| VAu 399 345 | Manny* | Model Sheets |
| VAu 399 344 | Gypsy* | Model Sheets |
| VAu 399 347 | Thumper* | Model Sheets |
| VAu 399 354 | Molt* | Model Sheets |
| VAu 399 355 | Queen* | Model Sheets |
| PA 959 870 | **Toy Story 2*** | Motion Picture |
| VAu 414 563 | Toy Story 2 - Al's Car* | Model Sheet |
| VAu 405 573 | Toy Story 2 - Bullseye* | Model Sheet |
| VAu 406 700 | Toy Story 2 - Coffee Table* | Model Sheet |
| VAu 407 195 | Toy Story 2 - Cushy Chair* | Model Sheet |
| VAu 405 571 | Toy Story 2  - Emporer Zurg* | Model Sheet |
| VAu 405 572 | Toy Story 2 - Jessie* | Model Sheet |
| VAu 405 197 | Toy Story 2 - L'il Yuppie* | Model Sheet |
| VAu 405 574 | Toy Story 2 - Prospector* | Model Sheet |
| VAu 407 196 | Toy Story 2 - Wood Chair* | Model Sheet |
| VA960 902 | Toy Story 2 - Style Guide* | Style Guide |
| PA 974 011 | **Dinosaur** | Motion Picture |
| VAu 486 473 | Aladar | Model Sheet |
| VAu 486 477 | Baylene | Model Sheet |
| VAu 486 476 | Bruton | Model Sheet |
| VAu 486 478 | Eema | Model Sheet |

| VAu 486 475 | Kron | Model Sheet |
|---|---|---|
| VAu 486 474 | Neera | Model Sheet |
| VAu 486 472 | Plio | Model Sheet |
| VAu 486 479 | Suri | Model Sheet |
| VAu 486 471 | Yar | Model Sheet |
| VA 996 530 | Dinosaur - Phase I | Style Guide |
| VA 992 942 | Dinosaur - Phase II | Style Guide |
| PA 940 885 | **The Emperor's New Groove** | Motion Picture |
| VA 999 573 | Emporer's New Groove | Style Guide |
| VAu 479 682 | Kronk | Model Sheet |
| VAu 479 685 | Kuzco | Model Sheet |
| VAu 479 683 | Kuzco Llama | Model Sheet |
| VAu 479 684 | Pacha | Model Sheet |
| VAu 479 681 | Yzma | Model Sheet |
| PA 1-250-536 | **The Incredibles** | Motion Picture |
| VA 1-242-351 | The Incredibles | Style Guide |
| PA 1-322-908 | **Cars** | Motion Picture |
| VA 1-320-323 | Cars – Style Guide | Style Guide |
| VA 1-403-647 | Hannah Montana – Branding Guide | Style Guide |
| PA 659-601 | **Tim Burton's The Nightmare Before Christmas** | Motion Picture |
| PA 1-313-530 | **High School Musical** | Motion Picture |
| VA 1-405-082 | High School Musical – Branding Guide | Style Guide |
| PA 1-627-575 | **Hannah Montana the Movie** | Motion Picture |
| PA 1-635-067 | **Up** | Motion Picture |
| PA 1-641-991 | **G-Force** | Motion Picture |
| PA 1-606-305 | **Wall-E** | Motion Picture |
| VA 1-663-815 | Wall-E – Branding and Supplement Style Guide RSM 2008 | Style Guide |
| PA 1-598-561 | **High School Musical 2** | Motion Picture |
| VA 1-651-813 | High School Musical 2 – Summer 2008 Style Guide Supplement | Style Guide |
| PA 1-613-593 | **High School Musical 3: Senior Year** | Motion Picture |
| VA 1-655-713 | Beverly Hills Chihuahua | One Sheet |
| PA 1-611-956 | **Beverly Hills Chihuahua** | Motion Picture |
| Pau 2-921-728 | Little Mermaid III: Ariel's Beginning | Screenplay |
| VA 515-038 | Little Mermaid III: Ariel's Beginning | Comic Book |
| PA 1-623-231 | **Bedtime Stories** | Motion Picture |
| PA 1-588-972 | **Underdog** | Motion Picture |
| PA 1-595-126 | **Enchanted** | Motion Picture |
| PA 1-332-118 | **Meet the Robinsons** | Motion Picture |
| VA 1-358-218 | Meet the Robinsons—Style Guide | Style Guide |
| PA 1-122-518 | **Cinderella II : Dreams come true / produced by Walt Disney Television Animation ; directed by John Kafka** | Motion Picture |
| PA 1-612-331 | **Cinderella III: A Twist in Time** | Motion Picture |
| PA 1-611-943 | **Tinker Bell** | Motion Picture |
| PA 1-617-950 | **Bolt** | Motion Picture |
| VA 1-663-828 | Bolt – Fall/Winter Style Guide 2008 | Style Guide |

| PA 1-688-323 | **Toy Story 3** | Motion Picture |
|---|---|---|
| VA 1-800-737 | Toy Story 3: GC Product Dev – Style Guide – Spring/Summer 2010 | Style Guide |
| PA 1-348-114 | **Handy Manny: no. 1-01** | Motion Picture |
| VAu 959-473 | Handy Manny Design Pack – Characters | Drawings |
| VA 1-650-599 | Handy Manny Repair Shop – Spring/Summer 2008 Product Development Guide | Style Guide |
| PA 1-224-960 | Pirates of the Caribbean: The Curse of the Black Pearl | Motion Picture |
| PA 1-322-906 | Pirates of the Caribbean: Dead Man's Chest | Motion Picture |
| PA 1-334-112 | Pirates of the Caribbean: At World's End | Motion Picture |
| PA 1-737-564 | Pirates of the Caribbean: On Stranger Tides | Motion Picture |
| PA 1-742-101 | Cars 2 | Motion Picture |
| VAu 1-089-554 | Cars 2: Professor Z | Visual Material |
| VA 1-781-144 | Cars 2: Tokyo City - Mini | Visual Material |
| PA 1-814-870 | Wreck-It Ralph | Motion Picture |
| VAu 1-116-667 | Wreck-It Ralph: Adorabeezle Winterpop | Model Sheet |
| VAu 1-116-688 | Wreck-It Ralph: Duncan | Model Sheet |
| VAu 1-116-686 | Wreck-It Ralph: King Candy | Model Sheet |
| VAu 1-116-671 | Wreck-It Ralph: Gloyd Orangboar | Model Sheet |
| PA 1-800-721 | Brave | Motion Picture |
| VAu 1-093-274 | Brave: Angus | Model Sheet |
| VAu 1-089-531 | BRAVE: Family – King Fergus, Queen Elinor, Merida & Royal Triplets Harris, Hubert & Hamish | Visual Material |
| VA 1-814-373 | Brave: General Art Guide | Visual Material |
| PA 1-713-579 | Tron: Legacy | Motion Picture |
| VA 1-753-501 | Tron Legacy: Vertical Banner: Olivia | Visual Material |
| VA 1-753-496 | Tron Legacy: Vertical Banner: Jeff | Visual Material |
| VA 1-753-498 | Tron Legacy: Vertical Banner: Garrett | Visual Material |
| PA 1-811-293 | Frankenweenie | Motion Picture |
| VAu 1-082-013 | Frankenweenie: Bob | Model Sheet |
| VAu 1-082-015 | Frankenweenie: Edgar "E" Gore | Model Sheet |
| VAu 1-075-939 | Frankenweenie: Mr. Frankenstein | Model Sheet |
| PA 1-856-767 | Planes | Motion Picture |
| PA 1-656-826 | **Princess and the Frog, The** | Motion Picture |
| PA 1-713-581 | **Tangled** | Motion Picture |
| PA 1-871-007 | **Frozen** | Motion Picture |
| PA 1-038-178 | **Monsters, Inc.** | Motion Picture |
| PA 1-848-339 | **Disney Pixar Monsters University** | Motion Picture |
| VA 1-831-326 | **Disney Pixar Monsters University Scared Tudents SS13** | Visual Material |
| PA 1-146-502 | **Finding Nemo** | Motion Picture |
| PA 1-354-935 | **Ratatouille** | Motion Picture |
| PA 1-703-137 | **Tinker Bell and the Great Fairy** | Motion Picture |

|  | **Rescue** |  |
|---|---|---|
| VA 1-800-738 | Tinker Bell and the Great Fairy Rescue-Global Creative P Fall 2010 | Style Guide |
| VA 1-831-654 | Doc McStuffins-Global Creative P-SS13 | Style Guide |
| VA 1-770-111 | Disney Handy Manny-Tool Team Product Design Portfolio-Preschool | Style Guide |
| VA 1-802-675 | Jake and the Neverland Pirates-Global Creative B Preschool FA12 (Disney Jr) | Style Guide |
| VA 1-850-709 | Disney Sofia the First-Global Creative P FH13 | Style Guide |
| VA 1-766-270 | Phineas and Ferb Branding Guide Global Creative Boys FA11 | Style Guide |
| VA 1-864-307 | Disney The Muppets Character Art & Photography Guide | Style Guide |
| PA 1-082-244 | **Lilo and Stitch** | Motion Picture |
| VA 1-094-896 | Lilo and Stitch | Style Guide |

# EXHIBIT B

## DEI'S TRADEMARKS

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date | International Class(es) of Goods |
|---|---|---|---|---|
|  | Design Plus Words, Letters, and/or Numbers | 3358127 | 12/18/2007 | 14 |
| Cinderella | Standard Character Mark | 3,818,772 | 7/13/2010 | 14 and 25 |
| Daisy Duck | Standard Character Mark | Serial No. 86491487 | Filed 12/29/2014 | 14 |
| Disney | Standard Character Mark | 4,042,815 | 10/18/2011 | 3 and 14 |
| Donald Duck | Standard Character Mark | 3,730,003 | 12/22/2009 | 3, 14, 18, 20, 21, 24 and 30 |
|  | Design Only | 4,222,295 | 10/9/2012 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28 and 30 |
| Eeyore | Standard Character Mark | 3,658,535 | 7/21/2009 | 14, 18, 20, 21 and 24 |
|  | Design Only | 4,551,976 | 6/17/2014 | 14 |
| Goofy | Standard Character Mark | 4,324,736 | 4/23/2013 | 9, 14, 21, 25 and 28 |
| Grumpy | Standard Character Mark | 3,850,362 | 9/21/2010 | 14, 18, 21 and 24 |

| | | | | |
|---|---|---|---|---|
| Mickey Mouse | Standard Character Mark | 3,588,873 | 3/10/2009 | 9, 14, 16, 18 and 25 |
|  | Design Only | 3,580,906 | 2/24/2009 | 14 |
|  | Design Only | 1,857,626 | 10/11/1994 | 14 |
| Minnie Mouse | Standard Character Mark | 3,588,872 | 3/10/2009 | 14, 18, 20, 21 and 24 |
|  | Design Only | 3,656,661 | 7/21/2009 | 14 |
|  | Design Plus Words, Letters, and/or Numbers | 3,428,095 | 5/13/2008 | 14 |
| Disney Princess | Standard Character Mark | 3,379,422 | 2/5/2008 | 14 |
| Peter Pan | Standard Character Mark | 3,636,908 | 6/9/2009 | 14 |
| Pooh | Standard Character Mark | Serial No. 77106448 | Filed 2/13/2007 | 3, 14, 18, 20, 21, 24, 29, 30 and 32 |
| Sofia the First | Standard Character Mark | 4511096 | 4/8/2014 | 14 |
| Snow White | Standard Character Mark | 4,572,675 | 7/22/2014 | 9 and 14 |
|  | Design Only | 2,860,445 | 7/6/2004 | 14, 20, 21, 25 and 28 |
|  | Design Only | 4,400,332 | 9/10/2013 | 3, 9, 14, 16, 18, 20, 21, 24, 25 and 28 |

Disney Enterprises, Inc., et al. v. Welker: Proposed Consent
Decree

| Tigger | Standard Character Mark | Serial No. 77106420 | Filed 2/13/2007 | 9, 14, 16, 18, 20, 21, 24, 25 and 28 |
|---|---|---|---|---|
| Tinker Bell | Standard Character Mark | 3648928 | 6/30/2009 | 14 |
| Tinkerbell | Standard Character Mark | 1569589 | 12/5/1989 | 14 |
| Toy Story | Typed Drawing | 2,520,404 | 12/18/2001 | 14, 21, 24, 28 and 30 |
|  | Design Plus Words, Letters, and/or Numbers | 3,057,988 | 2/7/2006 | 9,14, 16, 18, 21, 24, 25 and 28 |
|  | Design Plus Words, Letters, and/or Numbers | 2,895,969 | 10/19/2004 | 9, 14, 16, 18, 21, 24, 25 and 28 |
|  | Design Plus Words, Letters, and/or Numbers | 2,895,967 | 10/19/2004 | 9, 14, 16, 18, 21, 24, 25 and 28 |
|  | Design Plus Words, Letters, and/or Numbers | 2,891,463 | 10/5/2004 | 3, 9, 14, 16, 18, 21, 24, 25 and 28 |
|  | Design Only | 4,195,045 | 8/21/2012 | 3, 9, 14, 16, 18, 20, 21, 24, 25 and 28 |
| Winnie the Pooh | Standard Character Mark | Serial No. 77106287 | Filed 2/13/2007 | 14, 18, 20, 21, 24 and 30 |
| Alice in Wonderland | Standard Character Mark | 3,829,626 | 8/30/2010 | 14, 18, 20 and 30 |
| Cheshire Cat | Standard Character Mark | 3,794,964 | 5/25/2010 | 9, 14, 18, 20, 21, 24, 25, 28 and 30 |
| Sleeping Beauty | Standard Character Mark | 3,677,818 | 9/1/2009 | 14 and 16 |
| Tangled | Standard Character Mark | 4,109,374 | 3/6/2012 | 14 |
| Rapunzel | Standard Character Mark | 3,994,403 | 7/12/2011 | 14 |

Disney Enterprises, Inc., et al. v. Welker: Proposed Consent Decree

| Chip and Dale | Standard Character Mark | 3,900,892 | 1/4/2011 | 9, 14, 16, 18, 20, 21, 24, 25, 28, and 30 |
|---|---|---|---|---|
|  | Design Only | 4,412,568 | 10/8/2013 | 3, 9, 14, 16, 18, 20, 21, 24, 25 and 28 |
|  | Design Plus Words, Letters, and/or Numbers | 2,895,966 | 10/19/2004 | 9, 14, 16, 18, 21 and 28 |
|  | Design Plus Words, Letters, and/or Numbers | 2,895,968 | 10/19/2004 | 9, 14, 16, 18, 21, 24, 25 and 28 |

# EXHIBIT C

## LFL'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| RE 925-302 | Star Wars: Episode IV – A New Hope | Motion Picture |
| PA 072-282 | Star Wars: Episode V – The Empire Strikes Back | Motion Picture |
| PA 172-810 | Star Wars: Episode VI – Return of the Jedi | Motion Picture |
| PA 933-148 | Star Wars: Episode I – Phantom Menace | Motion Picture |
| PA 1-072-564 | Star Wars: Episode II – Attack of the Clones | Motion Picture |
| PA 1-271-265 | Star Wars: Episode III – Revenge of the Sith | Motion Picture |
| RE 903-682 | Tie Fighter Chasing X-Starfighter | Visual Material |
| VA 1-762-350 | Yoda | Visual Material |
| VA 134-990 | Luke Skywalker | Visual Material |
| RE 905-920 | Luke Skywalker | Visual Material |
| VA 971-032 | Anakin Skywalker | Visual Material |
| VA 135-000 | Boba Fett | Visual Material |
| VA 134-993 | R2-D2 | Visual Material |
| VA 134-943 | R2-D2 and C-3PO | Visual Material |
| VA 971-030 | C-3PO | Visual Material |
| VA 134-994 | C-3PO | Visual Material |
| VA 1-843-230 | Darth Vader and Son | Visual Material |
| VA 134-991 | Darth Vader | Visual Material |
| VA 074-472 | Darth Vader | Visual Material |
| VA 971-037 | Darth Maul | Visual Material |
| VA 134-992 | Princess Leia | Visual Material |
| VA 134-999 | Han Solo | Visual Material |

## EXHIBIT D

## LFL'S TRADEMARKS

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date | International Class(es) of Goods |
|---|---|---|---|---|
| STAR WARS | Typed Drawing | 2485494 | 9/4/01 | 14 |
| STAR WARS | Typed Drawing | 1126381 | 10/30/79 | 14, 16, 21, 25, 28 |
| THE FORCE AWAKENS | Standard Character Mark | Serial No. 8644380 | Filed 11/6/14 | 14 |
| STAR WARS THE FORCE AWAKENS | Standard Character Mark | Serial No. 86446504 | Filed 11/6/14 | 14 |
| BB-8 | Standard Character Mark | Serial No. 86478445 | Filed 12/11/14 | 14 |
| CAPTAIN PHASMA | Standard Character Mark | Serial No. 86478470 | Filed 12/11/14 | 14 |
| KYLO REN | Standard Character Mark | Serial No. 86478479 | Filed 12/11/14 | 14 |
| POE DAMERON | Standard Character Mark | Serial No. 86478492 | Filed 12/11/14 | 14 |
| STAR WARS ROGUE ONE | Standard Character Mark | Serial No. 86561397 | Filed 3/11/15 | 14 |
| STAR WARS REBELS | Standard Character Mark | Serial No. 86035175 | Filed 8/12/13 | 14 |
| DARTH VADER | Typed Drawing | 1303681 | 11/6/84 | 16 |
| C-3PO | Typed Drawing | 1296148 | 9/18/84 | 16 |
| R2-D2 | Typed Drawing | 1308002 | 12/4/84 | 28 |
| OBI-WAN KENOBI | Typed Drawing | 2574001 | 5/28/02 | 16 |
| JANGO FETT | Typed Drawing | 2802766 | 1/6/04 | 16 |

| THE PHANTOM MENACE | Typed Drawing | 2480366 | 8/21/01 | 16 |
|---|---|---|---|---|
| THE FORCE | Standard Character Mark | 4396375 | 9/3/13 | 16 |
| THE CLONE WARS | Standard Character Mark | 4298357 | 3/5/13 | 16, 25, 41 |
| SITH | Standard Character Mark | 4301630 | 3/12/13 | 16, 25, 41 |
| REVENGE OF THE SITH | Standard Character Mark | 3794982 | 5/25/10 | 16, 25, 41 |
| GENERAL GRIEVOUS | Standard Character Mark | 3694161 | 10/6/09 | 16, 25, 41 |
| JEDI | Standard Character Mark | 3794988 | 5/25/10 | 16, 25 |
| YODA | Standard Character Mark | 3716938 | 11/24/09 | 16, 25 |
| VADER | Standard Character Mark | 3794989 | 5/25/10 | 16 |
| STAR WARS REBELS | Standard Character Mark | 4782447 | 7/28/15 | 9, 16, 25, 28, 41 |
| PRINCESS LEIA | Standard Character Mark | Serial No. 86476868 | Filed 12/10/14 | 16 |

# EXHIBIT E

## THE MUPPETS' COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| Gp 117351 | Kermit The Frog | Visual Material |
| Gp 117363 | Fozzie Bear | Visual Material |
| RE 192365 | Kermit the Muppet | Visual Material |
| Gu 61163 | Miss Piggy | Visual Material |
| PA 193-777 | The Fantastic Miss Piggy Show | Motion Picture |
| PA 297-692 | The Kermit and Piggy Story | Motion Picture |
| PA 373-596 | A Muppet Family Christmas | Motion Picture |
| VA 537-325 | Jim Henson's Muppet Babies | Visual Material |

# EXHIBIT F
# THE MUPPETS' TRADEMARKS

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date | International Class(es) of Goods |
|---|---|---|---|---|
| MUPPETS | Standard Character Mark | 3185469 | 12/19/06 | 3, 6, 9, 14, 16, 24, 25, 28 |
| MISS PIGGY | Typed Drawing | 1248428 | 8/16/83 | 25 |
| KERMIT THE FROG | Typed Drawing | 1177453 | 11/10/81 | 28 |
| MISS PIGGY | Typed Drawing | 1154067 | 5/12/81 | 28 |
| KERMIT | Typed Drawing | 1269282 | 3/6/84 | 25 |
| ANIMAL | Standard Character Mark | 4115212 | 3/20/12 | 28 |

# EXHIBIT G

# SANRIO CO.'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| TX 3-769-888 | SANRIO 1993 Product and Sales Promotion Catalog | Literary Work |
| VAu 684-322 | Sanrio 2005 Character Guide | Graphic Artwork |
| VA 1-303-874 | Character Merchandising | Collective work of artwork, text and photos |
| VA 1-296-115 | 2004 – 100 Characters | Graphic Artwork |
| VA 811-440 | Bad Badtz Maru | Graphic Artwork |
| VAu 498-617 | Chococat | Art original |
| VA 130-420 | Hello Kitty | Graphic Artwork |
| VA 636-579 | KeroKeroKeroppi | Sticker Book |
| VA 707-212 | KeroKeroKeroppi | Pictorial Cartoon Drawing |
| VA 246-421 | Little Twin Stars | Stickers |
| VA 840-495 | Monkichi | Graphic Artwork |
| VA 130-419 | My Melody | Graphic Artwork |
| VA 130-421 | Patty & Jimmy | Graphic Artwork |
| VA 636-582 | Pekkle | Graphic Artwork |
| VA 840-496 | Picke Bicke | Graphic Artwork |
| VA 636-580 | Pochaco | Sticker Book |
| VA 148-625 | Tuxedo Sam | Stickers |
| VA 840-494 | Winkipinki | Graphic Artwork |
| VA 636-581 | Zashikibuta | Stickers |
| VA 1-352-721 | Keroppi / Little Frog…Big Splash | Visual Material |
| Vau 1-078-385 | Sanrio 2010 Character Guide | Visual Material |
| VA 1-342-775 | SANRIO 2002 HELLO KITTY STYLE GUIDE | Visual Material |
| VA 657-748 | KOBUTA NO PIPPO | Visual Material |
| VA 1-342-774 | SANRIO 2005 KEROPPI STYLE GUIDE | Visual Material |
| Vau 655-028 | THE RUNABOUTS - 2001 | Visual Material |
| VA 1-416-374 | TENORIKUMA(BLUE CAFE), MY MELODY(HEART), KUROMI(KUROMI5), CHARMMY KITTY(RABBIT), HELLO KITTY(LOGO) EVERYDAY CAT.JUNE 2006 | Visual Material |

| | | |
|---|---|---|
| VA 1-416-375 | MASYUMARU(INTRO); CINNAMOROLL(SPORT); SUGARBUNNIES(DOUGHNUTS); CHARMMYKITTY(RABBIT); LITTLE TWIN STARS(STARS); HELLO KITTY(BEAR); EVERYDAY CATALOG JULY 2006 | Visual Material |
| VA 1-370-020 | PANDAPPLE(INTRO), FROOLIEMEW(FANCY), CHOCOCAT(DOT)/SANRIO 2005 PRODUCT CATALOG AUG NEW | Visual Material |
| VA 1-303-873 | DOKIDOKI HOTDOG / THE CHILI PEPPER TRIO / CATALOG EVERYDAY 5 MAY 2003 | Visual Material |

# EXHIBIT H

## SANRIO TRADEMARKS

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date | International Class(es) of Goods |
|---|---|---|---|---|
| Hello Kitty | Design Only | 1,200,083 | 7/6/82 | 3; 8; 14; 16; 18; 21; 24; 25; 26 and 28 |
| Hello Kitty | Design Only | 1,277,721 | 5/15/84 | 3; 5; 9; 14-16; 18; 20-21; 24-26; 28 and 30 |
| Hello Kitty | Typed Drawing | 1,279,486 | 5/29/84 | 3; 5; 8; 9; 14-16; 18; 20-21; 24-26; 28 and 30 |
| Keroppi | Standard Character Mark | 3,181,349 | 12/5/06 | 14 |
| Little Twin Stars | Standard Character Mark | 3,245,992 | 5/29/07 | 14 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,721,680 | 6/3/03 | 14 |
| Bow | Design only | 3,260,857 | 7/10/2007 | 14 |
| Outline of Hello Kitty | Design only | 3,751,315 | 2/23/2010 | 14 |